David Simantob, Esq., SBN 155790
Email: David.Simantob@wilsonelser.com
Lilian M. Khanjian, Esq., SBN 259015
Email: Lilian.Khanjian@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, CA 90071-2407
Telephone:  213.443.5100
Facsimile:   213.443.5101

Attorneys for Plaintiff SENTINEL INSURANCE COMPANY, LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> ROBINHOOD MARKETS, INC., a Delaware corporation; ROBINHOOD FINANCIAL, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 3:20-cv-00150- WHA <br><br> Hon. Judge: William H. Alsup <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT** <br><br> L.R. 7-12 |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff SENTINEL INSURANCE COMPANY, LTD. ("Sentinel") hereby dismisses, without prejudice, the following entities, which have not appeared in this action: Defendant Robinhood Markets, Inc. ("Robinhood Markets") and Defendant

Robinhood Financial, LLC ("Robinhood Financial").  As Robinhood Markets and Robinhood Financial are the only defendants to this action, Sentinel dismisses this action without prejudice.

Dated:  May 1, 2020                    WILSON ELSER MOSKOWITZ
                                       EDELMAN & DICKER LLP


                                       By: */s/ David Simantob*
                                           David Simantob
                                           Lilian M. Khanjian
                                           Attorneys for Plaintiff
                                           SENTINAL INSURANCE COMPANY, LTD.